CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
January 20, 2026
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOEL AARON BURRELL, ) | |
|     Plaintiff, ) | Civil Action Nos. 7:25-cv-00402 |
| ) | |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| T. TOWNSEND, *et al.*, ) |     Chief United States District Judge |
|     Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Joel Aaron Burrell, a Virginia inmate proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., Dkt. No. 1.) The court issued a memorandum opinion and order dismissing this case on October 30, 2025. (Dkt. Nos. 13, 14.) Burrell has filed a motion to stay the judgment. (Dkt. No. 16.) Burrell's motion asks for additional time to file either a motion to alter or amend the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, or to file a notice of appeal. Burrell claims that he received a copy of the order, but not the memorandum opinion, and he needs the memorandum opinion to pursue an appeal or a Rule 59(e) motion.

Regarding the mailing of the motion, the court notes that the order directed that the memorandum opinion be mailed to plaintiff, and the court's docket entry reflects that the opinion was mailed to Burrell. (Dkt. Nos. 13, 14.) Moreover, to the extent that Burrell seeks an extension of the time to file a Rule 59(e) motion, the court cannot grant such a motion because Rule 6 of the Federal Rules of Civil Procedure provides that a court "must not extend the time to act under Rule 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)." Fed. R. Civ. P. 6(b)(2).

As for Burrell's request for an extension of time to file an appeal, the court takes Burrell at his word that he did not receive the court's opinion and, thus, finds good cause to extend the

time to file an appeal. Fed. R. App. P. 4(a)(5)(A)(ii). Burrell's motion was filed within 30 days of the entry of the court's order. *See* Fed. R. App. P. 4(a)(5)(A)(i); Fed. R. App. P. 4(a)(1)(A). Accordingly, the court will grant Burrell's motion to the extent he seeks an extension of the time to file an appeal.

It is HEREBY ORDERED that Burrell's motion (Dkt. No. 16) is GRANTED IN PART to the extent that he requests an extension of time to file an appeal. Burrell's motion is DENIED in all other respects. The time to file an appeal is EXTENDED to 30 days after the expiration of the time prescribed in Federal Rule of Appellate Procedure 4(a)(1), or 14 days after the entry of this order, whichever is later. Fed. R. App. P. 4(a)(5)(B).

It is FURTHER ORDERED that the Clerk shall transmit a copy of this order, along with a copy of the court's previous memorandum opinion and order (Dkt. Nos. 13, 14), to plaintiff.

Entered: January 20, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge